**Donald Edward ROPER, Jr., Petitioner–Appellant,**

v.

**James B. HUNT, Jr., Governor; William Jones, Superintendent of Wake County Correctional Center; Muriel K. Offerman, Secretary of the Department of Revenue, Respondents–Appellees.**

No. 01–6556.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 13, 2001.

Winford Robinson Deaton, Jr., Shelby, NC, for appellant. Clarence Joe Del-Forge, III, Office of the Attorney General of NC, Raleigh, NC, for appellees.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Donald Edward Roper, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Roper v. Hunt*, No. CA–99–227–3–MU2 (W.D.N.C. filed Jan. 4, 2001; entered Jan. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*